contained within it is unavailing (*Marine Midland Bank v Embassy E.*, 160 AD2d 420, 421 [1st Dept 1990]). The affirmation was based on counsel's communications with a bank representative, who had personally reviewed plaintiff's books and records and confirmed the factual accuracy of the complaint's allegations, and who himself had submitted an affidavit in support of plaintiff's motion. There is no basis for reversing the court's order.

We have considered defendant's remaining contentions and find them unavailing. Concur—Acosta, J.P., Renwick, Moskowitz, Feinman and Kahn, JJ.

■ In the Matter of REGINALD ROBINSON, Petitioner, v CLERK OF THE COURT, on Behalf of BRONX COUNTY SUPREME COURT, Respondent. [40 NYS3d 778]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Acosta, J.P., Renwick, Moskowitz, Feinman and Kahn, JJ.

(November 22, 2016)

■ NEIL FLAHERTY, Appellant, v PAUL KANTROWICH, O.D., et al., Respondents. [41 NYS3d 502]—

Order, Supreme Court, New York County (Joan B. Lobis, J.), entered on or about September 25, 2015, which granted defendants' motions for summary judgment dismissing the complaint, unanimously affirmed, without costs.

In 2005, plaintiff presented to the offices of defendant Paul Kantrowich, an optometrist, who noted that plaintiff's vision in his right eye was "20/400," or legally blind in that eye. Thereafter, from 2005 to February 10, 2012, plaintiff presented to Dr. Kantrowich approximately once a year for an examination and a prescription for contact lenses. On each occasion, Dr. Kantrowich noted the continued existence of nerve pallor and optic neuropathy. On February 16, 2012, plaintiff saw a neuro-ophthalmologist, who diagnosed him with a meningioma which, he stated, had caused right eye blindness. Plaintiff